

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-396-CV

IN THE INTEREST OF
D.D.M., IV, A CHILD

------------

FROM THE 360TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant D.D.M. attempts to appeal from the trial court's judgment
signed August 20, 2008. Appellant mailed his notice of appeal on September
22, 2008, and it was filed on September 25, 2008, which was untimely.[2]

On October 13, 2008, we notified Appellant that his appeal was subject
to dismissal for want of jurisdiction unless, by November 3, 2008, he filed a
response showing a reasonable explanation for the late filing of the notice of

---

[1] *See* Tex. R. App. P. 47.4.

[2] *See* Tex. R. App. P. 26.1.

appeal.[3]  No response has been filed.  Accordingly, we dismiss this appeal for want of jurisdiction.[4]

PER CURIAM

PANEL:  DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED:  December 11, 2008

---

[3] *See* Tex. R. App. P. 10.5(b), 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

[4] *See* Tex. R. App. P. 42.3(a), 43.2(f).